UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| ROBERT C COX, | : |
|     Debtor | : CHAPTER 13 |
| | : |
| JACK N. ZAHAROPOULOS | : |
| STANDING CHAPTER 13 TRUSTEE | : |
|     Movant | : CASE NO. 4:26-BK-00296-MJC |
| | : |
| ROBERT C COX, | : |
|     Respondent | : |

### TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 9th day of March 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

    1.    Debtor(s)' Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtor(s) has not submitted all or such portion of the disposable income to Trustee as required. More specifically,

Trustee alleges, and therefore avers, that Debtor(s)' disposable income is greater than that of which is committed to the Plan based upon the Means Test calculation and specifically disputes the following amounts:

    a. Average gross monthly income. Trustee requests verification of the amount on Line 2.
    b. Plan payment calculation sum of Lines 34, 35, 36 and 45.
    c. Line 17 involuntary deductions are overstated.
    d. Debtor is not paying at least the monthly means test minimum to general unsecured creditors each month.

    2.    Failure to properly state the minimum amount to be paid to unsecured creditors in Section 1.A.4. of the Plan, as required by the Means Test.

    3.    Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. The Plan is underfunded relative to claims to be paid – 100%.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor(s)' Plan.
b. Dismiss or convert Debtor(s)' case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R Roeder
Attorney for Trustee

2

Case 4:26-bk-00296-MJC    Doc 10    Filed 03/09/26    Entered 03/09/26 10:26:04    Desc
Main Document    Page 2 of 3

CERTIFICATE OF SERVICE

       AND NOW, this 9th day of March 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

BRAD J SADEK
SADEK LAW OFFICES LLC
1500 JFK BLVD, SUITE 220
PHILADELPHIA, PA 19102-

                                  /s/Ashley Schott
                                  Office of Jack N. Zaharopoulos
                                  Standing Chapter 13 Trustee