## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ROBERT C. COX, | : | CHAPTER 13 |
|     Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | CASE NO.  4-26-bk-00296-MJC |
|     Movant | : | |
| | : | |
| ROBERT C. COX, | : | |
|     Respondent | | |

### TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 15th day of June 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1. Debtor's Plan violates 11 U.S.C. § 1322(a)(2) in that Debtor has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507. More specifically, the claim by the Internal Revenue Service is estimated for the tax period ending 2025.

2. Debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9).

3. Trustee avers that Debtor's Plan cannot be administered due to the lack of the following:

    a. Debtor has not provided to Trustee a copy of his 2025 federal income tax return as required by § 521(e)(2)(A).

*[The remainder of this page left intentionally blank.]*

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtor's Plan;
b. Dismiss or convert Debtor's case; and
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Agatha R. McHale
Attorney for Trustee

Case 4:26-bk-00296-MJC    Doc 28    Filed 06/15/26    Entered 06/15/26 10:08:27    Desc
Main Document      Page 2 of 3

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 16th day of June 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, Pa 19102

<u>/s/Tanya M. Scannelli</u>
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

3