WWR# 042149656

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ROBERT C COX<br>Debtor<br><br>AMERICAN HERITAGE CREDIT UNION<br>Movant<br><br>ROBERT C COX<br>Respondents/Debtor<br>Jack N Zaharopoulos, Standing Trustee<br>Additional Respondent | CASE NO. 4:26-bk-00296-MJC<br><br>CHAPTER 13 |

**MOTION BY AMERICAN HERITAGE CREDIT UNION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d) AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(4)**

The Motion of Movant, by its attorney, Milos Gvozdenovic, Esquire, respectfully represents:

1. On 1/30/26, Debtor filed a voluntary petition commencing a case under Chapter 13, Title 11, United States Code, and for the entry of an Order for Relief.

2. Movant holds a valid security interest in a 2019 CADILLAC ESCALADE (VIN#1GYS3HKJ1KR363677) as evidenced by a Certificate of Title ("Title"). A copy of a Loan and Security Agreement executed by Debtor and the Title are attached hereto as Exhibit "A".

3. This is an action under 11 U.S.C. Section 362(d) to vacate or modify a stay granted under 11 U.S.C. Section 362(a) to permit repossession and sale of the subject vehicle.

4. As of 10/27/26, the Debtor has defaulted on the payments due under the Loan and Security Agreement for 8/24/26 through and including 10/24/26 and together with attorney's fees and court costs, the Debtor owes Movant $$2,841.40 on account of such defaulted payments.

5. The Debtor's Payoff balance as of 10/27/26 is $25,104.26.

6. Pursuant to J.D. Power, the vehicle has a current value of $20,250.00.

7. Debtor's Second Amended Plan (Doc. No. 24) was confirmed on 8/21/26 (Doc. No. 33) and provided for Debtor to make their contractual monthly payments directly to AMERICAN HERITAGE CREDIT UNION. As of 10/27/26, Movant has not received a payment since 9/22/26.

8. Movant is entitled to relief pursuant to 11 U.S.C. 362 (d)(1) because there is little or no equity in the collateral for the benefit of the bankruptcy estate. Movant is not adequately protected.

WHEREFORE, Movant prays that the stay pursuant to Section 362(a) of Title 11 United States Code be modified to allow Movant to exercise any and all of its remedies under its loan documentation and under state law to proceed with repossession and sale of the subject vehicle, the 14-day stay provided by Fed. Bankr. Rule 4001(a)(3) is waived, and that it have such other relief as is just.

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
5990 West Creek Road, Suite 200
Independence, OH 44131
216-739-5647
mgvozdenovic@weltman.com